Gregg A. Rapoport (SBN 136941)
SMITH, GAMBRELL & RUSSELL, LLP
444 South Flower Street, Ste. 1700
Los Angeles, CA 90071-2901
Tel. 213-358-7220; Fax 213-358-7320
grapoport@sgrlaw.com

Attorneys for Defendant
ENHANCED RECOVERY COMPANY, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QIAN WANG, | Case No.: |
| Plaintiff, | **NOTICE OF REMOVAL BY DEFENDANT, ENHANCED RECOVERY COMPANY, LLC** |
| vs. | |
| ENHANCED RECOVERY COMPANY, LLC, | |
| Defendant. | |

TO THIS HONORABLE COURT AND TO PLAINTIFF AND PLAINTIFF'S ATTORNEY OF RECORD HEREIN:

**JURISDICTION AND VENUE**

1. This is a civil action in which this Court has jurisdiction under 28 U.S.C. § 1441(a) and (c), based on the facts set forth below.

2. Venue is proper under 28 U.S.C. § 1441(a) based upon the place where the state court action is pending.

## REMOVAL NOTICE

3. Defendant, Enhanced Recovery Company, LLC ("ERC" or "Defendant"), by and through its undersigned counsel and, pursuant to 28 U.S.C. § 1446, hereby files its Notice of Removal of this action from the Superior Court of California, County of Santa Clara, to the United States District Court for the Northern District of California, and shows the Court as follows:

4. On May 27, 2021, Plaintiff, Qian Wang ("Plaintiff"), filed a civil action in the Superior Court of the State of California, County of Santa Clara, styled *Qian Wang v. Enhanced Recovery Company, LLC*, Case No. 21CV383038.

5. On July 21, 2021, a copy of the Complaint was served on ERC's registered agent. This Notice of Removal is being filed within thirty days of Defendant's receipt through service of Plaintiff's Complaint and, therefore, under 28 U.S.C. § 1446(b)(1), this Notice of Removal is timely and proper.

6. Additionally, pursuant to 28 U.S.C. § 1446(a), true and legible copies of all process, pleadings, orders, and other papers or exhibits of every kind on file in the state and known to have been served by, or upon ERC, are attached hereto as composite Exhibit "A." Defendant is not aware of any further proceeding in the above-described civil action.

7. This Court possesses original jurisdiction over this matter pursuant to 28 U.S.C. § 1331, as this civil action involves a federal question.

8. Plaintiff alleges that ERC violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*. (the "FDCPA") and the Rosenthal Fair Debt Collection Practices Act ("RFDCPA"). The FDCPA is a law of the United States and, therefore, pursuant to 28 U.S.C. § 1441(a), this claim is removable to this Court.

9. Additionally, Plaintiff's state claims under the RFDCPA arise from the same set of common allegations as Plaintiff's FDCPA claims. Accordingly, this Court has supplemental

jurisdiction over these claims and they are properly removable to this Court. *See* 28 U.S.C. §§ 1367, 1441(c).

10.    Defendant will promptly give Plaintiff written notice of this Notice of Removal and will file a copy of this Notice of Removal with the Clerk in the State Court Action as required by 28 U.S.C. § 1446(d).

11.    Defendant has complied with all conditions precedent to the removal of this action.

12.    Based on the foregoing grounds, Defendant respectfully removes the above-described civil action now pending in the Superior Court of California, County of Santa Clara, to this Court.

Dated: August 20, 2021              **SMITH, GAMBRELL & RUSSELL, LLP**

By:  /s/ *Gregg A. Rapoport*
       Gregg A. Rapoport

Attorneys for Defendant
ENHANCED RECOVERY COMPANY, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and served a true and correct copy of the foregoing via electronic and First Class Mail to the following:

Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
21550 W. Oxnard Street, #780
Woodland Hills, CA 91367
Tel.: (323) 306-4234
Fax: (866) 633-0228
tfriedman@toddflaw.com

*Attorney for Plaintiff*

By: /s/ *Gregg A. Rapoport*
      Gregg A. Rapoport